AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8215mb | Date and time warrant executed:<br>4/20/2023 1:25 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>  Postal Inspector Matthew Murrow and Postal Inspector James Keenan | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>LABEL NUMBER: EI053 984 598US<br><br>Priority Mail Express box with two vacuum sealed bags containing green leafy substance (suspected Marijuana).Total weighing 354.4 g. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:      04/20/2023

Maria Hunter
Digitally signed by Maria Hunter
Date: 2023.04.20 14:31:00 -07'00'

*Executing officer's signature*

Maria Hunter, U.S. Postal Inspector

*Printed name and title*